UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

FRANCIE MOELLER,

                Plaintiff(s),

    v.

SANTA ROSA CITY OF,

                Defendant(s).

_____/

No. C 09-01100 LB

**ORDER SETTING DATE FOR JOINT STATUS REPORT**

      According to the Joint Status Report of January 21, 2010, the parties had begun implementing a plan aimed at fulfilling the requirements of General Order No. 56.  To keep the Court apprised of the progress of the case, the Court hereby **ORDERS** the parties to file a joint statement detailing the status of the case, particularly with respect to the deadlines set by General Order No. 56.  The parties shall file their joint status report by April 23, 2010

      **IT IS SO ORDERED.**

Dated: April 5, 2010

_____

LAUREL BEELER
United States Magistrate Judge

C 09-01100
ORDER SETTING DATE FOR JOINT STATUS REPORT

UNITED STATES DISTRICT COURT
For the Northern District of California