**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
FRANCIE MOELLER

CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIE MOELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. CV 09-1100 LB<br>Civil Rights<br><br>**STATUS REPORT AND STIPULATION AND [Proposed] ORDER FOR REFERRAL TO MAGISTRATE JUDGE FOR A JUDICIAL SETTLEMENT CONFERENCE**<br><br>**Case Management Conference:**<br>Date:     [NOT SET]<br>Time:<br>Place:<br>Judge:   Hon. Laurel Beeler |

The parties continue to cooperate in implementing General Order 56. At the time of this statement, the parties have exchanged detailed reports and conducted the required meeting between parties, consultants and counsel. Tentative agreements appear to have been reached already on many issues. A follow-up Joint Site Inspection on the more contentious issues is

**Stipulation and Order For Referral to Settlement Conference: Case No. CV 09-1100 LB**

scheduled for June 22.  This will attempt to resolve as many remediation claims as possible.

In order to maintain the momentum toward settlement and to assist the parties in their negotiations, the parties request referral of this matter to a judicial settlement conference before a magistrate judge.

There is substantial good cause for a referral.  This claims involves large municipal facilities, substantial requested expenditures and severe budgetary constraints.  The parties believe the divisive nature of these issues, the nature of the damages, as well as the participation of a government entity, will require the firm assistance of a magistrate judge, who will be more effective at dealing with the factual and legal issues, as well as devising creative solutions. The parties defer to the court's discretion on the selection of a magistrate judge.  The parties suggest the settlement conference be held the week of August 23, 2010, or as soon thereafter as the judge is available.

Dated: May 19, 2010         THIMESCH LAW OFFICES
                            TIMOTHY S. THIMESCH

                            /s/ Authorized Signed
                            Attorneys for Plaintiff
                            FRANCIE MOELLER

Dated: May 19, 2010         OFFICE OF CITY ATTORNEY

                            /S/ Signature Authorized
                            JOHN J. FRITSCH
                            Assistant City Attorney
                            Attorneys for Defendant
                            CITY OF SANTA ROSA

**ORDER**

SO ORDERED.

Dated: May 24, 2010

HON. LAUREL BEELER
MAGISTRATE JUDGE FOR U.S. DISTRICT COURT