UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FRANCIE MOELLER, | No. C 09-01100 LB |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE A JOINT STATUS REPORT** |
| v. | |
| CITY OF SANTA ROSA, | |
| Defendant. | |

On May 19, 2010, the parties filed a Status Report detailing their progress in complying with the deadlines set by General Order 56. To keep the Court apprised of the progress of this case, the Court **ORDERS** the parties to file an updated joint status report by October 8, 2010.

**IT IS SO ORDERED.**

Dated: September 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge

JOINT STATUS REPORT ORDER
C 09-01100