**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
FRANCIE MOELLER

CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIE MOELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. CV 09-1100 LB<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER FOR REFERRAL TO MAGISTRATE JUDGE LAPORTE FOR A JUDICIAL SETTLEMENT CONFERENCE**<br><br>**Case Management Conference:**<br>Date:    [NOT SET]<br>Time:<br>Place:<br>Judge:   Hon. Laurel Beeler |

Previously, the Court referred this matter to a Settlement Conference, which was randomly set to occur on September 1, 2010 before the Honorable Maria Elena James. However, the conference was cancelled due to an unexpected medical matter, and the parties have had some difficulty finding a new date that is available to all. To expedite the resolution of this matter, the

**Stipulation and Order For Referral to Settlement Conference: Case No. CV 09-1100 LB**

parties have secured, subject to Court approval, a new tentative date on Magistrate Judge Elizabeth Laporte's calendar for December 9, 2010, for which all Parties are available. The Parties hereby request that the Court refer this matter to Judge Laporte for this purpose.

SO STIPULATED.

Dated: October 14, 2010          THIMESCH LAW OFFICES
                                 TIMOTHY S. THIMESCH

                                 /s/ Authorized Signed
                                 Attorneys for Plaintiff
                                 FRANCIE MOELLER

Dated: October 14, 2010          OFFICE OF CITY ATTORNEY

                                 /S/ Signature Authorized
                                 JOHN J. FRITSCH
                                 Assistant City Attorney
                                 Attorneys for Defendant
                                 CITY OF SANTA ROSA

**ORDER**

IT IS SO ORDERED.

Dated: 10/20/10

[GRANTED — Judge Laurel Beeler]

HON. LAUREL BEELER
MAGISTRATE JUDGE FOR U.S. DISTRICT COURT

**Stipulation and Order For Referral to Settlement Conference:**
**Case No. CV 09-1100 LB**

— 2 —