1
**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
2   GENE FARBER, ESQ. (No. 44215) - Of Counsel
158 Hilltop Crescent
3   Walnut Creek, CA 94597
Direct: (925) 588-0401
4   Facsimile: (888) 210-8868
tim@thimeschlaw.com
5   genefarber@gmail.com

6   Attorney for Plaintiff FRANCIE MOELLER

7   CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
8   City of Santa Rosa
100 Santa Rosa Avenue, Room 8
9   Santa Rosa, California 95404
Telephone: (707) 543-3040
10  Facsimile: (707) 543-3055

11  Attorneys for Defendant
CITY OF SANTA ROSA
12

13

14                          U.S. DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
15

16  FRANCIE MOELLER,                  Case No. CV 09-1100 LB

17        Plaintiff,                  Civil Rights

18  v.                                      **FULL CONSENT DECREE
                                      ORDER AND JUDGMENT**
19  CITY OF SANTA ROSA; and DOES
1 through 50, Inclusive,
20
        Defendant.
21

22  _____/

23

24

25           **FULL CONSENT DECREE ORDER AND JUDGMENT**

26        1.   Plaintiff   FRANCIE   MOELLER   is   a   person   with   a

27  disability condition that requires the use of a scooter or cane

28  for mobility.   Defendant CITY OF SANTA ROSA owns, operates,

Consent Decree Judgment and Order:
Case No. CV 09-1100 LB

1  controls and/or maintains the following public parking lots and

2  garages within city limits and described at City of Santa Rosa

3  Downtown Parking Services map (Attachment 1):

4              A.     Lot L-D at 9 4th St.

5              B.     Lot L-2 at 521 5th St.

6              C.     Lot L-7 at 769 2nd St.

7              D.     Lot L-10 at 730 5th St.

8              E.     Lot L-11 at 540 5th St.

9              F.     Lot L-13 at 200 4th St.

10              G.     Lot L-14 at 200 5th St.

11              H.     Garage G-1 at 521 7th St.

12              I.     Garage G-3 at 735 5th St.

13              J.     Garage G-5 at 635 3rd St.

14              K.     Garage G-9 at 97 D St.

15              L.     Garage G-12 at 555 1st St.

16  Hereafter, the foregoing Public Parking Areas shall

17  be referred to as the "Subject Parking Lots".)

18  2.   Plaintiff FRANCIE MOELLER filed this action for

19  herself and all other similarly situated members of the public,

20  and against Defendant CITY OF SANTA ROSA ("Defendant"), to

21  vindicate the public rights under Title II of the Americans

22  with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et

23  seq.; Section 504 of the Rehabilitation Act of 1973, 29 U.S.C.

24  §794; and through corresponding California law, including

25  Government Code Sections 11135 and 4450-4456; Civil Code

26  Sections 51, 54 and 54.1, et seq.; and Title 24 of the

27  California Code of Regulations.

28  3.   Plaintiff alleges that Defendant violated these

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:
Case No. CV 09-1100 LB

—2—

1  statutes and their corresponding regulations by failing to
2  provide full and equal access to the Subject Public Parking
3  Areas.    Specific identification of the facilities and their
4  deficiencies has been identified by Plaintiff through the joint
5  inspection of the Parties and through Plaintiff's provision to
6  Defendant of her expert's report.

7      4.    Plaintiff alleges that the Subject Public Parking
8  Areas have undergone construction triggering the requirement of
9  full compliance with state and federal regulations in the
10 altered areas, and that a further programmatic obligation is
11 imposed on these facilities since the City is qualified
12 government entity regulated by Title II of the ADA, and
13 additionally pursuant to California Government Code Section
14 11135 and federal Section 504 of the Rehabilitation Act of
15 1973, which imposes similar obligations on government entities
16 that receive federal, state and/or local public funds.

17

18 **STIPULATIONS**

19     5.    **Plaintiff's Qualified Disability.** Plaintiff is a
20 qualified individual with a physical disability.  She requires
21 the near fulltime use of a scooter, cane or other device for
22 mobility.

23     6.    **Plaintiff's Residence and Status as Aggrieved and**
24 **Potentially Aggrieved.**    Plaintiff alleges she has standing.
25 She lives in the same county and approximately 20 miles from
26 the this downtown portion of the City, which is near businesses
27 and government facilities that she frequents.    While the City
28 does not admit all of the specifics of the foregoing

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                    —3—
Case No. CV 09-1100 LB

1   allegations, it agrees that it is aware of sufficient
2   undisputed facts to support Plaintiff's qualification as
3   "aggrieved and potentially aggrieved" under the relevant
4   statutes, and to support her standing under Article III of the
5   U.S. Constitution.

6       7.  **Ownership, Control, Operation and/or Maintenance of**
7   **the Subject Public Parking Areas**. Defendant CITY OF SANTA ROSA
8   owns, operates, controls and/or maintains the Subject Public
9   Parking Areas.

10      8.  **Receipt of Federal, State and Local Funding.** For
11  purposes of this decree, Defendant CITY OF SANTA ROSA admits
12  that it receives federal, state and local funding, and
13  additionally that such funding has been used to build, alter
14  and maintain the relevant portions of the Subject Public
15  Parking Areas, including the adjoining vehicular roadways
16  passing under the undercrossing.

17      9.  **Construction History.** The parties stipulate that all
18  facilities in issue have undergone sufficient and recent
19  alteration and/or new construction to require at least some
20  level of compliance with the requirements of the 1998 Edition
21  of Title 24, Part 2, of the California Code of Regulations and
22  the Americans With Disabilities Act Access Guidelines published
23  in 1992.  The scope of facilities to be corrected under this
24  Full Consent Decree Order and Judgment are identified in
25  **paragraph 10**.

26      10.  **Scope of Facilities in Issue.**  The following are the
27  facilities affected by this Full Consent Decree Order and
28  Judgment: The Subject Public Parking Areas.

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                                    —4—
Case No. CV 09-1100 LB

1    11.  **Settlement Agreement between the United States of**
2    **America and The City of Santa Rosa, California under the**
3    **Americans with Disabilities Act:** The parties stipulate that the
4    Department of Justice of the United States of America and the
5    City entered into a settlement agreement (DOJ Settlement) on
6    December 19, 2009 relating to compliance of City facilities and
7    programs with Title II of the Americans with Disabilities Act
8    of 1990 42 U.S.C. §§12131-12134.  (Attachment 2) In relevant
9    part, the facilities subject to the instant Consent Decree are
10   subject to the DOJ settlement with City, and mandated plans of
11   survey, remediation and compliance. In relevant part, City's
12   proposed plan of remediation is subject to DOJ review and
13   approval.

14   12.  The parties have investigated the allegations in the
15   Complaint via plaintiff's consultant Karl Danz and City's
16   consultant certified access specialist Kim Blackseth.

17

18   **JURISDICTION**

19   13.  The facts requisite to federal jurisdiction and venue
20   are admitted.  This Court has jurisdiction pursuant to 28
21   U.S.C. § 1331 for the alleged violations of the ADA, 42 U.S.C.
22   §§ 12101, et seq.  Article III jurisdiction is proper due to
23   the Plaintiff's continued exposure and proximity for use of the
24   Subject Public Parking Areas.  Pendant jurisdiction of the
25   state law claims arises from a common nucleus of fact and is
26   proper.  Venue and intra-district jurisdiction is proper as the
27   property in issue is located in Sonoma County.

28   14.  This Full Consent Decree Order and Judgment is

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                                   —5—
Case No. CV 09-1100 LB

1   contingent upon Court approval and acceptance of its terms, and
2   the normal retention of jurisdiction to interpret and enforce
3   terms.

4       15.   The parties agree to entry of this Full Consent
5   Decree Order and Judgment in order to resolve the below listed
6   allegations raised in the Complaint filed with this Court on
7   March 12, 2009.  Accordingly, they agree to the entry of this
8   Full Consent Decree Order and Judgment without trial or further
9   adjudication of any issues of fact or law concerning the issues
10  specified herein.

11      WHEREFORE, the parties hereby agree and stipulate to the
12  Court's entry of this Full Consent Decree Order and Judgment,
13  which provides as follows:

14

15  **FULL RESOLUTION OF ISSUES:**

16      16.   This Full Consent Decree Order and Judgment shall be
17  a full, complete, and final disposition and settlement of the
18  below claims that have been or could have been alleged in the
19  Complaint, including for injunctive relief, declaratory relief,
20  statutory and compensatory damages, including personal and
21  bodily injury, and Plaintiff's claims for reasonable statutory
22  attorney fees, litigation expenses and costs.   This Full
23  Consent Decree Order and Judgment was reached through
24  negotiations between the parties.   The Court shall retain
25  jurisdiction of this action to enforce and interpret this Full
26  Consent Decree Order and Judgment.   The parties agree that if
27  they or any of them seek Court enforcement of this Full Consent
28  Decree Order and Judgment, any such enforcement will be by

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                              —6—
Case No. CV 09-1100 LB

1   noticed motion, application, or contempt citation. With
2   respect to the injunctive relief and damage claims resolved by
3   this Order, the parties acknowledge that they waive the
4   provisions of and any benefits that may be conferred by Civil
5   Code section 1542 which reads:

6           **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS**
7           **WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO**
8           **EXIST IN HIS OR HER FAVOR AT THE TIME OF**
9           **EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR**
10          **HER MUST HAVE MATERIALLY AFFECTED HIS OR HER**
11          **SETTLEMENT WITH THE DEBTOR.**

12

13  **INJUNCTIVE RELIEF**

14          17.  As a part of a compromise of global liability, the
15  CITY OF SANTA ROSA ["City"] agrees that it has or will perform
16  all work identified in the report of Karl Danz at Attachment 3
17  with following exceptions and clarifications:

18          **A.**   City will provide an accessible pay station and
19  related path of travel in each garage. (Danz report items
20  12.22; 12.23; 12.26; 12.28; 13.29; 13.30; 13.31; 14.18; 15.4;
21  15.5)

22          **B.**   Garage G-3, G-5 and G-9 height issues shall be
23  resolved consistent with the Department of Justice review and
24  determination of City's presently pending proposal to furnish
25  accessible on-street parking with no height restrictions with a
26  design.  Part of that proposal includes the provision of an
27  accessible on street parking location on D Street in the
28  vicinity of Garage G-9. (Danz report items 13.2; 14.4; 15.2)

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                                           —7—
Case No. CV 09-1100 LB

1          **C.**    Lots L-4; L-6 and the lot on the west side of

2     City Hall are employee-only lots and not subject to this

3     Consent Decree. (Danz report items 3.0, *et seq.* and 4.0, *et*

4     *seq.*)

5          **D.**    Lots and the garage at Santa Rosa Plaza are not

6     owned, operated, controlled, or maintained by City of Santa

7     Rosa, and are not subject to this Consent Decree.

8          **E.**    City will furnish the proper number of

9     accessible and van parking spaces.   (Danz report items 1.1;

10    7.1; 9.1)

11        In addition to the forgoing, City of Santa Rosa further

12    agrees that it will survey and furnish accessible facilities at

13    the following locations:

14                   i.   Pay kiosks at parking lots

15                   ii.  Gutter-swale at head of spaces at Lot L-7

16                   iii. Landings at elevator doors at Garage G-12

17                   iv.  Path of travel at southwest corner of

18    Garage G-9

19        18.  **Compromise of Statutory Obligations.**  The parties

20    stipulate that the forgoing remedial work specified in

21    **paragraph 17** is strictly a compromise of the City's

22    programmatic services obligations under Section 202 and 204 of

23    the ADA [42 USC §§ 12132 and 12134], shall be deemed work to

24    "Existing Facilities" 28 CFR §35.150, and thus its performance

25    shall not be treated as triggering any additional duties under

26    §35.151 ("alterations") or Government Code Section 4456

27    ("alterations and structural repairs").

28        19.  **Performance Standards.**  All of the foregoing

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                                           — 8 —
Case No. CV 09-1100 LB

1   facilities specified in **paragraph 17** shall be brought into full
2   and strict compliance with the performance standards for new
3   construction of the California Code of Regulations, Title 24-2
4   (2008), and Americans with Disabilities Act Accessibility
5   Guidelines, effective January 26, 1992.

6       20.  **Conflict in Performance Standards.**   The parties
7   acknowledge that each of the architectural features specified
8   in **paragraph 177** is regulated in near parallel fashion as
9   "barriers to disabled access" under both Title 24 and the
10  Americans with Disabilities Act Guidelines, and the
11  corresponding statutory remedies.   However, in the event of a
12  conflict between the two sets of regulations identified in the
13  proceeding paragraph, the provisions that supply maximum
14  protection and accessibility to the disabled shall apply.

15      21.  **Option to Close Facilities.**   In lieu of making
16  modification to any particular facility or amenity called for
17  by this decree, the Defendant may choose to permanently close
18  such facility or amenity from public use.   Such facilities
19  shall not be reopened for public use without provision of full
20  disabled access pursuant to the terms of **paragraph 17**.

21      22.  **Time for Compliance.**  No later than December 19, 2011
22  and consistent with its obligations under Paragraph 48 of the
23  DOJ settlement, City shall survey and report to Department of
24  Justice the list of access issues identified in Paragraph 17
25  together with corrective actions and completion dates proposed
26  to resolve any issues remaining outstanding at that date.
27  City's intent is that the Department of Justice shall supervise
28  and determine remediation and compliance.   City's obligations

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                                    —9—
Case No. CV 09-1100 LB

1  under this Consent Decree shall expire concurrently with
2  expiration of City's obligations under the DOJ Settlement more
3  fully described in Paragraph 11.

4      23. **Enforcement.** Should Plaintiff in the future become
5  aware of any facts or conditions relating to the Subject Public
6  Parking Areas that may give rise to a claim that Defendant has
7  failed to comply with any of the injunctive relief provisions
8  set forth herein, Plaintiff shall, prior to seeking enforcement
9  from this Court, provide notice to the City Attorney's Office.
10 The Defendant shall have sixty (60) days, following receipt of
11 such notification to undertake to correct the alleged violation
12 and/or respond to Plaintiff's allegations.  Any response made
13 by Defendant shall be in writing, addressed to Plaintiff's
14 counsel, Tim Thimesch of the Thimesch Law Offices, at his then
15 current address registered with the State Bar. Plaintiff's
16 counsel agrees to contribute pro bono up to three hours in any
17 given calendar year toward these informal negotiation efforts.
18 If Plaintiff determines, in her own good faith discretion, as
19 constrained by the good faith requirements imposed by Rule 11,
20 that the matter(s) are not resolved by Defendant' response,
21 Plaintiff shall be permitted to file a noticed motion under the
22 current case number of this action seeking enforcement of this
23 Full Consent Decree Order and Judgment. The prevailing party in
24 such motion proceedings, whether in full or in part, may be
25 entitled to an award of reasonable attorney fees, litigation
26 expenses and costs for such motion, i.e., pursuant to normal
27 prevailing party standards that applied under the subject civil
28 rights statutes before entry of this decree.

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                              — 10 —
Case No. CV 09-1100 LB

1   **DECLARATORY RELIEF**

2       24.   By this Full Consent Decree Order and Judgment, and

3   in consideration of the global compromise on liability,

4   defendants stipulate that the barriers identified herein for

5   correction, at **paragraph 17**, supra, constitute past and present

6   violations of Plaintiff's rights under Title II of the

7   Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§

8   12101 et seq.; Section 504 of the Rehabilitation Act of 1973,

9   29 U.S.C. §794; and thru corresponding California law,

10  including Government Code Sections 11135 and 4450-4456; Civil

11  Code Sections 51, 54 and 54.1, et seq., and Title 24 of the

12  California Code of Regulations.

13      25.   Plaintiff has filed this action as a public interest

14  lawsuit, specifically alleging on page 1 lines 21 - 22 of her

15  Complaint that she brings the action "on behalf of herself and

16  other similarly situated disabled persons". The parties intend

17  that, this Consent Decree and Order shall additionally be

18  binding upon all persons with disabilities similarly situated

19  to Plaintiff, found to be in privity with her, and thus, to

20  permitted by law, shall have the binding effect of res judicata

21  and/or collateral estoppel. See Headwaters. Inc. v. U.S. Forest

22  Service, 399 F.3d 1047 (9th Cir. 2005).

23

24  **RESOLUTION OF CLAIM FOR REASONABLE STATUTORY DAMAGES:**

25      26.   Defendant agrees to pay the amount of $25, 000

26  (twenty five thousand dollars) in full_ satisfaction of

27  Plaintiff's claims for bodily and personal injury and for

28  statutory damages under Title II of the ADA, and Civil Code

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:
Case No. CV 09-1100 LB                                        — 11 —

1   Sections 52 (Unruh Act) and 54.3 (Disabled Persons Act).   A

2   check for this amount shall be made payable to "FRANCIE

3   MOELLER," and deposited into the U.S. mail and addressed to

4   plaintiff's counsel within 10 days of approval of the terms and

5   conditions set out in this form of Consent Decree by the City

6   Council of the City of Santa Rosa.

7       27.  The parties stipulate that the foregoing amount is

8   intended to be paid in full to Plaintiff, and understand that

9   no part of it shall be received by Plaintiff's Counsel in

10  compensation toward Plaintiff's separate claim for reasonable

11  statutory attorney fees, litigation expenses, and costs.

12      28.  FRANCIE MOELLER agrees to pay any and all present or

13  future liens, claims or demands arising as a result of the

14  circumstances giving rise to this Action, and FRANCIE MOELLER

15  will defend, indemnify and save harmless City of Santa Rosa

16  herein from any loss, claim, expense, demand or cause of action

17  of any kind or character through the assertion by any assignee

18  or transferee of a claim, or claims connected with the subject

19  matter of this Consent Decree.

20

21  **RESOLUTION OF CLAIM FOR REASONABLE STATUTORY ATTORNEYS FEES,**

22      **LITIGATION EXPENSES AND COSTS:**

23      29.  Defendant agrees to pay the amount of $99,000 (ninety

24  nine thousand dollars) in full satisfaction of Plaintiff's

25  claims for interim and final claims for reasonable statutory

26  attorney fees, litigation expenses and costs, including claims,

27  under Section 505 of the ADA [42 USC 12205]; Civil Code

28  Sections 52, 54.3, and 55; Health & Safety Code Section 19953;

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                                    – 12 –
Case No. CV 09-1100 LB

1   and Code of Civil Procedure Section 1021.5.  A check for this
2   amount shall be made payable to "TIM THIMESCH, IN TRUST," and
3   deposited into the U.S. mail and addressed to plaintiff's
4   counsel within 10 days of approval of the terms and conditions
5   set out in this form of Consent Decree by the City Council of
6   the City of Santa Rosa.

7        30.  A division, if any, of the aforementioned sum between
8   TIM THIMESCH and anyone else shall, in no way, affect the
9   validity of this Consent Decree.  TIM THIMESCH will defend,
10  indemnify and save harmless City of Santa Rosa herein from any
11  loss, claim, expense, demand, or cause of action of any kind or
12  character as a result of such division.

13

14  **FULL CONSENT DECREE ORDER AND JUDGMENT:**

15       31.  This   Full   Consent   Decree   Order   and   Judgment
16  constitutes  the  entire  agreement  between  the  parties  on  the
17  matters of Plaintiff's claims for injunctive relief, statutory
18  and personal injury damages, and reasonable statutory attorney
19  fees, litigation expenses and costs, and no other statement,
20  promise, or agreement, either written or oral, made by any of
21  the  parties  or  agents  of  any  of  the  parties,  that  is  not
22  contained  in  this  written  Full  Consent  Decree  Order  and
23  Judgment, shall be enforceable regarding the matters described
24  herein.

25

26  **FULL CONSENT DECREE ORDER AND JUDGMENT BINDING ON PARTIES AND**
27  **SUCCESSORS IN INTEREST:**

28       32.  The   parties   agree   and   represent   that   they   have

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:                                    — 13 —
Case No. CV 09-1100 LB

1   entered into this Full Consent Decree Order and Judgment
2   voluntarily, under no duress, and wholly upon their own
3   judgment, belief, and knowledge as to all matters related to
4   this Full Consent Decree Order and Judgment, after having
5   received full advice from counsel.

6       33. This Full Consent Decree Order and Judgment shall be
7   binding on Plaintiff FRANCIE MOELLER, and Defendant CITY OF
8   SANTA ROSA; and any successors in interest. During the period
9   of this Full Consent Decree Order and Judgment, the parties
10  have a duty to so notify all such successors in interest of the
11  existence and terms of this Full Consent Decree Order and
12  Judgment during the period of the Court's jurisdiction of this
13  Full Consent Decree Order and Judgment.

14

15  **JOINT PREPARATION AND SEVERABILITY:**

16      34. This Full Consent Decree Order and Judgment is deemed
17  jointly prepared by all parties and shall not be strictly
18  construed against any party as its drafter. If any term of
19  this Full Consent Decree Order and Judgment is determined by
20  any court to be unenforceable, the other terms of this Full
21  Consent Decree Order and Judgment shall nonetheless remain in
22  full force and effect.

23

24  **SIGNATORIES BIND PARTIES:**

25      35. Signatories on the behalf of the parties represent
26  that they are authorized to bind the parties to this Full
27  Consent Decree Order and Judgment.

28  ////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Consent Decree Judgment and Order:
Case No. CV 09-1100 LB

— 14 —

1 **SIGNATORIES BIND PARTIES:**

2     36. This Full Consent Decree Order and Judgment may be

3 executed in counterpart signatures, and such signatures may be

4 attached in counterparts, each of which shall be deemed an

5 original, and which together shall constitute one and the same

6 instrument. Such counterparts may be signed as faxed

7 signatures, which shall have the same force and effect as

8 original signatures.

9

10 Dated: 4/6/11

11  

12                                  Plaintiff FRANCIE MOELLER

13

14 Dated: 4/7/2011

15

16                                 Print Name: Kathleen Millison

17                                 Title: City Manager
                                CITY OF SANTA ROSA

18

19 ////

20

21

22

23

24

25

26

27

28

Consent Decree Judgment and Order:
Case No. CV 09-1100 LB

—15—

1    **APPROVED AS TO FORM and AS TO PARAGRAPHS 29 and 30:**

2

3    Dated: April __, 2011              THIMESCH LAW OFFICES
                                        TIMOTHY S. THIMESCH, ESQ.
4                                       GENE A. FARBER, ESQ.   Of Counsel

5

6
                                        Attorneys for Plaintiff
7                                       FRANCIE MOELLER

8    **APPROVED AS TO FORM:**

9    Dated: April 7, 2011               CAROLINE L. FOWLER
                                        CITY ATTORNEY
10
                                        JOHN J. FRITSCH
11                                      ASSISTANT CITY ATTORNEY

12

13                                      Attorneys for Defendant
                                        CITY OF SANTA ROSA
14

15

16

17
                                        **ORDER**
18

19        **IT IS SO ORDERED.** _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____.

26
     Date:   April 29, 2011
27                                      HON. LAUREL BEELER
                                        Magistrate Judge
28                                      U.S. District Court

**Consent Decree Judgment and Order:**
**Case No. CV 09-1100 LB**                                    — 16 —